Argued January 20, affirmed February 7, 1978

MAYES, *Respondent,*
*v.*
BOISE CASCADE CORPORATION, *Appellant.*
(No. 76-2252-E-1, CA 9040)
573 P2d 1278

Elizabeth K. Reeve, Portland, argued the cause for appellant. With her on the brief were Michael D. Hoffman, Ridgway K. Foley, Jr., and Souther, Spaulding, Kinsey, Williamson & Schwabe, Portland.

No appearance for respondent.

Before Schwab, Chief Judge, and Johnson, Gillette and Roberts, Judges.

PER CURIAM.

**PER CURIAM.**

This is an appeal from the trial court's judgment affirming an order of the Workers' Compensation Board and the referee reopening claimant's claim arising out of an industrial accident occurring in 1974. We agree with the excellent analysis of the record made by the referee and his findings concerning credibility.

Affirmed.